UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 5:25-cv-5010 |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| LYNETTE CHARGING CROW, | |
| Defendant. | |

COMES NOW the United States of America by and through United States Attorney

Alison J. Ramsdell, and Assistant United States Attorney Aron Hogden, allege:

## PARTIES

1. Plaintiff, the United States of America ("United States"), brings this action on

behalf of the Indian Health Service ("IHS"), an agency of the United States Department of Health

and Human Services ("HHS").

2. Defendant, Lynette Charging Crow ("Ms. Charging Crow") resides in Kyle, South

Dakota.

## JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1345 because the United States is the

Plaintiff. This is a civil action brought by the United States to recover debt by Ms. Charging

Crow associated with the use and possession of property of the federal government.

4. Where the jurisdiction of the district court is predicated on a statute granting

district courts original jurisdiction in civil actions commenced by the United States, the law of the

state in which the property is located governs the controversy. The property at issue is in South

Dakota.

5.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because the property at issue is located within this district.

### FACTUAL BACKGROUND

6.      IHS is responsible for providing federal healthcare services to American Indians and Alaskan Natives.

7.      Individuals employed by IHS may apply for housing quarters at his or her IHS installation. The justification for providing Government housing is based on the absence of an adequate, private housing market within a reasonable commuting distance of the IHS installation and/or the determination that necessary services or adequate protection of Government property cannot be satisfactorily accomplished without essential on-site staff.

8.      IHS's policy provides that all IHS Quarters Management Program Staff shall manage, operate, and maintain Government quarters at IHS Service Units to ensure the availability of suitable housing for personnel essential for the IHS delivery system.

9.      Upon approval of IHS housing quarters, the tenant employee signs a "Quarters Assignment and Acceptance Agreement" ("Quarters Agreement") with the agency.  The Quarters Agreement specifies the amount of rent payable through salary deductions and specifies that "occupancy shall end upon the expiration of the occupant's employment at this location, unless previously terminated at the option of either party upon 30-days written notice."

10.     Ms. Charging Crow was employed by IHS, Pine Ridge Service Unit, and applied for federal government housing quarters.

11.     Ms. Charging Crow entered into a Quarters Agreement with IHS.

12.    Thereafter, Ms. Charging Crow resided and occupied federal government housing quarters at Pine Ridge Services Quarter Unit N78, 504 Little Pejuta Rd., Pine Ridge, South Dakota ("N78") since March 2017.

13.    Ms. Charging Crow last signed the Quarters Agreement for N78 on February 1, 2023. Ex. 1.

14.    Ms. Charging Crow's employment with IHS ended on September 26, 2023. Ex. 2.

15.    On September 29, 2023, IHS provided Ms. Charging Crow with a written-lease-termination letter ("September 29 letter") that she would be responsible for all rent accruing through the date that she vacates N78, and that as of October 7, 2023, she owed IHS $3,038.64 in unpaid rental charges. Ex. 3.

16.    On January 4, 2024, IHS provided Ms. Charging Crow with a second notice letter ("January 4 letter") again informing her of the daily charges she would accrue until she vacated N78 and informed Ms. Charging Crow that as of January 13, 2024, she owed IHS $6,382.90 in outstanding rental charges and that she would be responsible for all rent accruing through the date that she vacates the property. *Id.* Ex. 4.

17.    The January 4 letter explained that the recurring daily rental charges at the non-Federal rate was $31.73 per day. *Id.*

18.    Ms. Charging Crow vacated N78 on July 16, 2024, and owes IHS $12,212.18, in unpaid rental charges. Ex. 5.

## COUNT I: BREACH OF CONTRACT

19.    Paragraphs 1-20 are incorporated herein by reference.

20.    Ms. Charging Crow had a valid Quarters Assignment and Acceptance Agreement with IHS related to her housing in N78.

21.   Ms. Charging Crow breached that agreement when she failed to vacate N78 following the end of her employment with IHS and failed to timely pay rent.

22.   IHS is damaged because of the unpaid rent.

## CLAIMS FOR RELIEF

The United States seeks judgment in its favor and the following relief:

1.   A money judgment against Charging Crow for unpaid rental charges in the amount of $12,212.18.

2.   Pre-judgment interest as permitted by SDCL § 21-1-13.

Dated this 3rd day of February 2025.

ALISON J. RAMSDELL
United States Attorney

Aron Hogden
Assistant United States Attorney
P.O. Box 2635
325 South First Street, Suite 300
Sioux Falls, SD 57104
Phone: 605.330.4400
Fax: 605.330.4402
E-mail: aron.hogden@usdoj.gov

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Aron Hogden, U.S. Attorney's Office, 325 S. 1st Ave., Suite 300, Sioux Falls, SD 57104; (605) 330-4400

## DEFENDANTS

Lynette Charging Crow

County of Residence of First Listed Defendant   Oglala Lakota, SD
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government
Plaintiff
- [ ] 3  Federal Question
*(U.S. Government Not a Party)*
- [ ] 2  U.S. Government
Defendant
- [ ] 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 367 Health Care/ Pharmaceutical Personal Injury | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [X] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | | [ ] 896 Arbitration |
| [X] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1345

Brief description of cause:
To recover any debt form Defendant associated with the use and possession of property of the federal government

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** $12,212.18

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE   2-6-2025

SIGNATURE OF ATTORNEY OF RECORD   *(signature)*

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____